**Donald D. duBoulay**                        305 Broadway, Suite 602
  Attorney at Law                                    New York, NY 10007

Telephone: (212) 966-3970
Fax:      (212) 941-7108
E-mail:   dondubesq@aol.com

May 13, 2022

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Centre Street
New York, New York 10007



Re: United States v. Gregory Ochiagjha
     21 Cr. 472 (KPF)

Dear Judge Failla:

    I represent Gregory Ochiagha in the above referenced matter. I write with the consent of the Government and Pretrial Officer to respectfully request a modification of Mr. Ochiagha's bail terms of release. Mr. Ochiagha respectfully request permission to travel to Cambridge, Massachusetts, to attend the graduation ceremony of his son from Harvard college. If permitted Mr. Ochiagha would travel to Massachusetts by car on May 25, 2025 and return on May 27, 2022.

                                                      Respectfully submitted,
                                                                  /s/

                                                       Donald duBoulay

cc: Micah Ferguson, AUSA
    Francesca Tessier-Miller, PTO

```
Application GRANTED.  The terms of Mr. Ochiagha's bail shall be
modified to permit him to take the above-specified trip to
Massachusetts.  The Clerk of Court is directed to terminate the
pending motion at docket entry 77.

Dated:    May 13, 2022                SO ORDERED.
          New York, New York
```

                                                        HON. KATHERINE POLK FAILLA
                                                        UNITED STATES DISTRICT JUDGE