UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>GREGORY OCHIAGHA,<br><br>                                        Defendant. | 21 Cr. 472-4 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has learned that the Government and Mr. Ochiagha have reached a tentative plea agreement. Accordingly, the parties are ORDERED to appear for a change of plea hearing on **June 2, 2022, at 11:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated:  May 31, 2022
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge