UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 21 Cr. 472-4 (KPF) |
| GREGORY OCHIAGHA, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

Mr. Ochiagha's change of plea hearing presently scheduled for June 2, 2022, is hereby ADJOURNED to **June 3, 2022, at 10:00 a.m.,** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   May 31, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge