+

**Donald D. duBoulay**                                    305 Broadway, Suite 310
 Attorney at Law                                       New York, NY 10007

Telephone: (212) 966-3970
Fax:       (212) 941-7108
E-mail:   dondubesq@aol.com

                                                     June 28, 2022

The Honorable Katherine P. Failla
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street
New York, NY 10007



Re: U.S. v. Gregory Ochiagha
     21 Cr. 472 (KPF)

Dear Judge Failla:

     On behalf of Gregory Ochiagha, I write to respectfully request that the court amend the conditions of his bail, to permit him to travel to Lagos, Nigeria to attend the funeral services of his mother, who passed away on June 4, 2022. The burial ceremonies are scheduled for July 21, 2022 through July 24, 2022 in Lagos, Nigeria (see attached).

     Attached are the death certificate and death notices. In the Nigerian culture the ceremonies surrounding the burial of a person of his mother's stature is quite significant and as indicated herein, Mr. Ochiagha is expected play a role in the services. Mr. Ochiagha has taken the death of his mother very hard and allowing him to participate in the ceremonies would be greatly appreciated. Because of the length of the flight to and from Nigeria, and Mr. Ochiagha's own medical condition, it is respectfully requested that Mr. Ochiagha be allowed to travel from July 18, 2022 and to return on July 27, 2022

     I have consulted with pre-trial services and I am informed that the office does not take a position on international travel, but the officer notes that Mr. Ochiagha has been fully compliant with his obligations while on supervision. The Government has also indicated that they would not be asserting a position on this request.

     If permitted to travel, Mr. Ochiagha would maintain telephone contact with pretrial services and submit his itinerary to the pre-trial services officer in advance of the travel.

     If the court has any questions, I may be reached at (212) 966-3970

        Respectfully submitted,

        /s/ Donald duBoulay, Esq.

cc.: Mathew King, Assistant U.S. Attorney (via ECF)
     Micah Ferguson, Assistant U.S. Attorney (via ECF)
     Francesca Tessier-Miller PTO

```
Application GRANTED.  Mr. Ochiagha shall be permitted to travel
to Lagos, Nigeria from July 18, 2022, to July 27, 2022.

The Clerk of Court is directed to terminate the pending motion at
docket entry 101.


Dated:    June 29, 2022              SO ORDERED.
          New York, New York
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE