**Donald D. duBoulay**      305 Broadway, Suite 602
  Attorney at Law          New York, NY 10007

Telephone: (212) 966-3970
Fax:        (212) 941-7108
E-mail:    dondubesq@aol.com

September 4, 2021

The Honorable Katherine P. Failla
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007



Re: United States v. Gregory Ochiagha 21 Cr. 472 (KPF)

Dear Judge Failla:

    I write to respectfully request an adjournment of the sentencing hearing in the above referenced matter. Mr. Ochiagha is scheduled to appear before you for sentencing on October 11, 2022. However, as a result of certain personal commitments which necessitated my not being available for consultation with Mr. Ochiagha and combined with Mr. Ochiagha's medical appointments, we have not been able to meet to meaningly prepare for the sentencing.

    Therefore, I respectfully request an adjournment of the sentencing hearing for the first week of November (except Nov 3, 2022) or thereafter, or at any time convenient to the court. The defense submission will of course be submitted prior to the sentencing hearing, pursuant to the court's rules.

    The Government consents to this request.

    Thank you for your consideration of this request.

    Respectfully submitted,

    _____/s/_____
    Donald duBoulay

cc: Micah F. Ferguson, AUSA
    Matthew J. King, AUSA
    Francesca Tessier-Miller, PTO

Application GRANTED.  The sentencing hearing scheduled for October 11, 2022, is hereby **ADJOURNED to November 4, 2022, at 10:00 a.m.**  Defense counsel shall submit its sentencing submission by **October 21, 2022**, and the Government shall submit its sentencing submission by **October 28, 2022.**

The Clerk of Court is directed to terminate the pending motion at docket entry 136.

Dated:     October 3, 2022
           New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE