| | |
|---|---|
| **Donald D. duBoulay** | **305 Broadway, Suite 310** |
| Attorney at Law | New York, NY 10007 |

Telephone: (212) 966-3970
Fax:          (212) 941-7108
E-mail:      dondubesq@aol.com

November 29, 2022

Honorable Katherine P. Failla
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street
New York, NY 10007



Re: U.S. v. Gregory Ochiagha
      21 Cr. 472 (KPF)

Dear Judge Failla:

   I write on behalf of Gregory Ochiagha, to respectfully request that the court amend the conditions of his bail, to permit him to travel to Lagos, Nigeria to attend a final memorial for the passing of his father. Mr. Ochiagha's father died a few days after his mother died, and was buried along with his mother during Mr. Ochiagha's last trip to Nigeria in July. The immediate burial of his father did not allow for the customary memorial ceremony for his father. And so, these ceremonies are scheduled for December 2022, a time convenient for the many who will attend the memorial.

   If permitted, Mr. Ochiagha would travel on December 24, 2022 and return to the Southern District on January 9, 2023.

   I have consulted with pre-trial services and I am informed that the office does not take a position on international travel, but the officer notes that Mr. Ochiagha has been fully compliant with his obligations while on supervision and also with his reporting obligation while on his last trip to Nigeria. The Government has indicated that they would not be asserting a position on this request.

   If permitted to travel, Mr. Ochiagha would maintain telephone contact with pretrial services and submit his itinerary to the pre-trial services officer in advance of the travel.

   If the court has any questions, I may be reached at (212) 966-3970

Respectfully submitted,

/s/ Donald duBoulay, Esq.

cc.: Mathew King, Assistant U.S. Attorney (via ECF)
　　 Micah Ferguson, Assistant U.S. Attorney (via ECF)
　　 Francesca Tessier-Miller PTO

```
Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at
docket entry 187.

Dated:    November 29, 2022           SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE