**Donald D. duBoulay**              305 Broadway, Suite 310
  Attorney at Law                     New York, NY 10007

Telephone: (212) 966-3970
Fax:       (212) 941-7108
E-mail:   dondubesq@aol.com

February 15, 2023

Honorable Katherine P. Failla
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street
New York, NY 10007



Re: U.S. v. Gregory Ochiagha
      21 Cr. 472 (KPF)

Dear Judge Failla:

      I again write on behalf of Gregory Ochiagha, to respectfully request that the court amend the conditions of his bail, to permit him to travel to Lagos, Nigeria to attend to a tribal dispute regarding the settlement of his recently deceased parent's property.

      Mr. Ochiagha request's permission to travel on February 20, 2023 and return on March 15, 2023. Mr. Ochiagha is scheduled to surrender to the Bureau of prisons on April 28, 2023.

      I have consulted with pre-trial services and I am informed that the office does not take a position on international travel, but the officer notes that Mr. Ochiagha has been fully compliant with his obligations while on supervision and also with his reporting obligation while on his last trip to Nigeria. The Government has indicated that they would not be asserting a position on this request.

      If permitted to travel, Mr. Ochiagha would maintain telephone contact with pretrial services and submit his itinerary to the pre-trial services officer in advance of the travel.

      If the court has any questions, I may be reached at (212) 966-3970

                                                      Respectfully submitted,

                                                      /s/ Donald duBoulay, Esq.

      cc.: Mathew King, Assistant U.S. Attorney (via ECF)
          Micah Ferguson, Assistant U.S. Attorney (via ECF)
          Francesca Tessier-Miller PTO

```
Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket
entry 215.

Dated:    February 15, 2023           SO ORDERED.
          New York, New York
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE