**Donald D. duBoulay**       305 Broadway, Suite 602
  Attorney at Law            New York, NY 10007

Telephone: (212) 966-3970
Fax:       (212) 941-7108
E-mail:   dondubesq@aol.com

May 9, 2023

The Honorable Katherine p. Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Gregory Ochiagha
      21 Cr. 472 (KPF)



Dear Judge Failla:

    I write to respectfully request that the Court Order Mr. Gregory Ochiagha's passport, which he surrendered to Pretrial services as a condition of his bail be returned to his wife, Ms. Peace Ochiagha. On November 4, 2022, this court sentenced Mr. Ochiagha to a four month term of imprisonment. Mr. Ochiagha surrendered to the Butner Medical facility in North Carolina, on April 28, 2023 and is presently serving his sentence. He therefore respectfully requests that his wife, Peace Ochiagha be permitted to retrieve his passport from pre-trial services.

                                          Respectfully submitted,
                                          /s/
                                          _____
                                          Donald duBoulay
                                          Attorney for Gregory Ochiagha
                                          305 Broadway, Suite 602
                                          New York, New York 10007
                                          (212) 966 3970

```
Application GRANTED.  Pretrial Services is directed to return Mr.
Ochiagha's passport to his wife, Peace Ochiagha.

The Clerk of Court is directed to terminate the pending motion at docket
entry 232.

Dated:   May 9, 2023                    SO ORDERED.
         New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE