UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
                 Judgment Creditor,

v.

GREGORY OCHIAGHA,
                 Judgment Debtor.

21 CR 00472 (KPF)

**STIPULATION AND
ORDER FOR VOLUNTARY
ASSIGNMENT OF RENT**

WHEREAS, on November 29, 2022, the United States of America obtained a judgment against the judgment debtor, GREGORY OCHIAGHA, in the amount of $27,250.00, for which the outstanding balance is $21,120.50, and the parties have agreed to voluntary automatic deduction of 15% per pay period from the rent payments to GREGORY OCHIAGHA to be applied to his judgment,

IT IS HEREBY STIPULATED AND AGREED that the New York City Housing Authority shall withhold 15% of the rent payments to GREGORY OCHIAGHA per pay period until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for 21 CR 00472.

Dated: February 25, 2025
        New York, New York

*[signature]*
GREGORY OCHIAGHA
*Judgment Debtor*

MATTHEW PODOLSKY
Acting United States Attorney

*[signature]*
MELISSA CHILDS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2711

SO ORDERED:

*[signature]*

Hon. Katherine Polk Failla
United States District Judge

Dated:   February 27, 2025
               New York, New York